THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANCORA TECHNOLOGIES, INC.,

Plaintiff,

v.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC., DELL INC., HEWLETT-PACKARD COMPANY,

Defendant,

MICROSOFT CORPORATION,

Intervenor.

Case No. 2:09-cv-00270-MJP

**STIPULATION AND ORDER TO FACILITATE CONSOLIDATION OF ACTIONS BETWEEN THE PARTIES**

**NOTED: April 29, 2009**

**STIPULATION**

The parties, through counsel, stipulate as follows:

1. This "Patent Action" (*Ancora Technologies, Inc. v. Toshiba America Information Systems, Inc., et al.*, SACV 08-626 AG (MLGx) (C.D. Cal.)) was transferred from the United States District Court for the Central District of California to this Court by an order entered on February 27, 2009.

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

2. The claims raised in the present pleadings of the Patent Action include: Plaintiff Ancora Technologies, Inc.'s ("Ancora's") claims for alleged infringement of U.S. Patent No. 6,411,941 (the "'941 Patent") against Defendants Toshiba America Information Systems, Inc. ("TAIS"), Dell Inc. ("Dell"), and Hewlett Packard Company ("HP"), and Intervenor Microsoft Corporation ("Microsoft"); claims for declaratory relief related to contentions by Microsoft, TAIS, HP and Dell that the'941 Patent is invalid, unenforceable and not infringed; and claims by Ancora against Microsoft for abuse of process and malicious prosecution arising from the "State Court Action" described in paragraph 3.

3. The "State Court Action" (*Microsoft Corporation v. Miki Mullor and Ancora Technologies, Inc.*, No. 09-2-04665-4 SEA (King County Sup. Ct.)) is presently pending in the Washington Superior Court for King County. Microsoft's complaint in the State Court Action asserts claims against Ancora and its sole shareholder Miki Mullor, a former Microsoft employee. The claims asserted against Mullor alone include breach of contract, breach of fiduciary duty and fraud. The claims asserted against both Mullor and Ancora include claims for trade secret misappropriation and unjust enrichment.

4. The parties agree that the claims in the State Court Action and in the Patent Action should be consolidated for disposition in a single lawsuit. To facilitate the consolidation, the parties agree to take, and request the Court to approve, the following steps:

a. Ancora shall have leave to file an Amended Complaint including its patent infringement claims against TAIS, Dell, HP and Microsoft;

b. Microsoft shall have leave to file an Amended Complaint in Intervention that adds to the existing declaratory judgment claims by Microsoft against Ancora, and the state law claims that Microsoft has asserted against Ancora and Mullor in the State Court Action;

c. The parties shall respond to the foregoing amended pleadings as provided in the Federal Rules of Civil Procedure;



LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

d. Upon approval of this Stipulation by the Court, Microsoft shall dismiss the State Court Action without prejudice;

e. The outstanding document requests and interrogatories served by Ancora in this action and by Microsoft in the State Court Action shall all be deemed to have been served in the consolidated action. Responses to such discovery shall be due on April 29, 2009.

5. Pending dismissal of the State Court Action as set out in paragraph 4(d) above, Microsoft and Ancora have agreed to seek, and have sought, a continuation of the briefing schedule and hearing date for the motion to dismiss presently pending in the State Court Action.

6. The parties agree to accept service of the pleadings identified in paragraph 4 above through their undersigned counsel. Each party agrees that it/he is subject to personal jurisdiction in this Court in connection with the claims identified in paragraph 4 of the consolidated action and that venue of the consolidated action is proper in this Court.

SO STIPULATED AND AGREED:

DATED: April 29, 2009

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Arthur W. Harrigan, Jr.
Arthur W. Harrigan, Jr., WSBA #1751
Christopher T. Wion, WSBA #33207

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

PERKINS COIE BROWN & BAIN P.A.
Chad S. Campbell (*Admitted pro hac vice*)
cscampbell@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Attorneys for Intervenor Microsoft Corporation and Defendants Toshiba America Information Systems, Inc., Dell Inc., and Hewlett-Packard Company*

Stacy Quan, WSBA #21119
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
Stacy.Quan@microsoft.com
Telephone: (425) 882-8080

*Attorney for Intervenor Microsoft Corporation*

DATED: April 29, 2009

BROOKS KUSHMAN P.C.

By __/s/ Marc Lorelli___________________
Mark A. Cantor (*admitted Pro Hac Vice)*
John S. LeRoy (*admitted Pro Hac Vice*)
Marc Lorelli (*admitted Pro Hac Vice*)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

SUSMAN GODFREY LLP
Drew D. Hansen, WSBA #30467
Floyd G. Short, WSBA #21632
Dan Walker, WSBA #38876
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206.516.3880
Facsimile: 206.516.3883

*Attorneys for Plaintiff Ancora Technologies, Inc. and Miki Mullor*

STIPULATION AND ORDER TO FACILITATE CONSOLIDATION OF ACTIONS BETWEEN THE PARTIES -4-

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

## ORDER

The Court has reviewed the Stipulation and Proposed Order to Facilitate Consolidation of Actions between the Parties and finds good cause therefor.

IT IS HEREBY ORDERED that the parties' Stipulation to Facilitate Consolidation of Actions between the Parties is approved and that the parties shall comply with the terms of the Stipulation.

**SO ORDERED.**

DATED: May 12, 2009.

Marsha J. Pechman
United States District Judge

Presented by:
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Arthur W. Harrigan, Jr.
Arthur W. Harrigan, Jr., WSBA #1751
Christopher T. Wion, WSBA #33207

PERKINS COIE BROWN & BAIN P.A.
Chad S. Campbell (*Admitted pro hac vice*
cscampbell@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Attorneys for Intervenor Microsoft Corporation and Defendants Toshiba America Information Systems, Inc., Dell Inc., and Hewlett-Packard Company*

Stacy Quan, WSBA #21119
Microsoft Corporation

STIPULATION AND ORDER TO FACILITATE CONSOLIDATION OF ACTIONS BETWEEN THE PARTIES -5-

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

One Microsoft Way
Redmond, WA 98052-6399
Stacy.Quan@microsoft.com
Telephone: (425) 882-8080
*Attorney for Intervenor Microsoft Corporation*

**CERTIFICATE OF SERVICE**

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On April 29, 2009 caused the preceding document to be served on counsel of record by CM/ECF, e-mail and U.S. Mail, postage prepaid.

SUSMAN GODFREY LLP
Drew D. Hansen
Floyd G. Short
Dan Walker
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206.516.3880
Facsimile: 206.516.3883
*Attorneys for Plaintiff Ancora Technologies, Inc. and Miki Mullor*

BROOKS KUSHMAN P.C.
Mark A. Cantor (*admitted Pro Hac Vice)*
John S. LeRoy (*admitted Pro Hac Vice*)
Marc Lorelli (*admitted Pro Hac Vice*)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
*Attorneys for Plaintiff Ancora Technologies, Inc. and Miki Mullor*

__/s/ Linda Bledsoe________________
LINDA BLEDSOE

STIPULATION AND ORDER TO FACILITATE CONSOLIDATION OF ACTIONS BETWEEN THE PARTIES -6-

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717