THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., | Case No. C09-0270MJP |
| Plaintiff, | **ORDER SETTING BRIEFING DEADLINES AND STAYING DISCOVERY ON THE PATENT CLAIMS** |
| v. | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., DELL, INC., HEWLETT-PACKARD COMPANY, | |
| Defendants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor and Third Party Plaintiff, | |
| v. | |
| MIKI MULLOR, | |
| Third Party Defendant. | |

ORDER

This matter comes before the Court on the parties' revised joint status report and discovery plan. (Dkt. No. 64.) On June 29, 2009, the Court held a telephonic conference with counsel to discuss several issues raised in the joint status report. (Dkt. No. 69.) The Court finds and orders as follows:

1. The Court STAYS all discovery related to the patent claims until September 1, 2009. Counsel indicated that Microsoft requested reexamination of the '941 patent on or about June 1, 2009. Under 35 U.S.C. § 303, the Director of the Patent and Trademark Office has three months to determine "whether a substantial new question of patentability … is raised by the request." The parties shall inform the Court once they receive a response from the PTO.

2. All discovery related to the employment suit shall proceed and is not subject to the stay. The Court sets the following deadlines:

| September 17, 2009 | Microsoft's Motion for Sanctions (24 pages) |
| October 5, 2009 | Response to Motion for Sanctions (24 pages) |
| October 9, 2009 | Reply on Motion for Sanctions (12 pages) |

3. The Court shall set all other dates, including the trial date, once the PTO determines whether a "substantial new question of patentability" exists and/or there is a ruling on the motion for sanctions.

It is SO ORDERED. The Clerk is directed to transmit a copy of this Order to all counsel of record.

DATED this 30th day of June, 2009.

Marsha J. Pechman
United States District Judge

ORDER - 1