THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TOSHIBA AMERICA )<br>INFORMATION SYSTEMS, INC., )<br>ET AL., )<br>)<br>Defendants )<br>―――――――――――――――― )<br>TOSHIBA AMERICA )<br>INFORMATION SYSTEMS, INC., )<br>ET AL., )<br>)<br>Counterclaimants )<br>)<br>vs. )<br>)<br>ANCORA TECHNOLOGIES, )<br>INC., )<br>)<br>Counterdefendant )<br>―――――――――――――――― )<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor ) | CIVIL NO. 2:09-cv-00270-MJP<br><br>STIPULATION AND [PROPOSED] ORDER RE MODIFICATION TO THE PROTECTIVE ORDER (Dkt. #45) |

Stipulated Modification to the Protective Order (Dkt. #45)
Case Number: 2:09-cv-00270-MJP

1

BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400; Fax (248) 358-3351

## STIPULATED MODIFICATION TO PROTECTIVE ORDER

Through their undersigned counsel of record, Plaintiff Ancora Technologies, Inc., Defendants Toshiba America Information Systems, Inc., Dell Inc., Hewlett-Packard Company, Intervenor Microsoft Corporation, and Third Party Defendant Miki Mullor (collectively the "Parties") stipulate to a modification of paragraph 23 ("Prosecution Bar") of the Protective Order, such that it shall now read as follows:

### Prosecution Bar

23. Any person who actually reviews CONFIDENTIAL INFORMATION, HIGHLY CONFIDENTIAL INFORMATION or OUTSIDE COUNSEL EYES ONLY SOURCE CODE shall not directly or indirectly (e.g., by advising) participate in the drafting or amending of any patent claims relating to the subject of the U.S. Patent No. 6,411,941 or the subject of operating system software security for personal computers from the time of receipt or review of such information through and including one (1) year following judgment (excluding any appeals) or settlement of this matter, whichever is earlier. This restriction does not apply generally to law firms involved in this litigation, but only to specific individuals. Notwithstanding the foregoing, in the event of a re-examination of the U.S. Patent No. 6,411,941 by the U.S. Patent and Trademark office, the limitations set out in this paragraph shall not prevent outside counsel for a party from participating fully in the re-examination proceedings, including drafting or amending patent claims related to the subject of U.S. Patent No. 6,411,941. The Parties specifically agreed to address whether independent experts are subject to the prosecution bar of paragraph 23 on an as needed basis. The Parties each respectfully reserve and do not waive any position or issues based on this stipulation regarding the above points.

The Parties respectfully request that the foregoing modification to the Protective Order be approved and adopted by the Court.

Stipulated Modification to the Protective Order (Dkt. #45)
Case Number: 2:09-cv-00270-MJP

2

BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400; Fax (248) 358-3351

**SO STIPULATED AND AGREED:**

Dated: November 4, 2009    Respectfully submitted,

BROOKSKUSHMAN P.C.

By /s/ Marc Lorelli
MARK A. CANTOR (MI Bar P32661) *Pro Hac Vice*
JOHN S. LeROY (MI Bar P61964) *Pro Hac Vice*
MARC LORELLI (MI Bar P63156) *Pro Hac Vice*
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
mcantor@brookskushman.com
jleroy@brookskushman.com
mlorelli@brookskushman.com

*Attorneys for Plaintiff Ancora Technologies, Inc. and Third Party Defendant Miki Mullor*

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By/s/ Christopher T. Wion with Consent
Arthur W. Harrigan, Jr., WSBA #1751
arthurh@dhlt.com
Christopher T. Wion, WSBA #33207
chrisw@dhlt.com
999 Third Ave., Suite 4400
Seattle, WA 98104
Telephone: 206-623-1700

PERKINS COIE BROWN & BAIN P.A.
Chad S. Campbell (*Admitted pro hac vice*)
cscampbell@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602-351-8000

Lauren Sliger (*Admitted pro hac vice*)
lsliger@perkinscoie.com
1620 – 26th Street, Suite 600 South Tower
Santa Monica, CA 90404
Telephone: 310-788-9900
Scott S. Minder (*Admitted pro hac vice*)
sminder@perkinscoie.com

Stipulated Modification to the Protective Order (Dkt. #45)
Case Number: 2:09-cv-00270-MJP

3

BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400; Fax (248) 358-3351

```
 1                              2901 North Central Avenue, Suite 2000
                                Phoenix, AZ 85012
 2                              Telephone: 602-351-8290

 3                              *Attorneys for Intervenor Microsoft Corp. and*
                                *Defendants Toshiba America Information*
 4                              *Systems, Inc., Dell Inc., and Hewlett-Packard*
 5                              *Company*

 6                              Stacy Quan, WSBA #21119
                                Stacy.Quan@microsoft.com
 7                              T. Andrew Culbert, WSBA #35925
                                Andycu@microsoft.com
 8                              Microsoft Corporation
                                One Microsoft Way
 9                              Redmond, WA 98052-6399
                                Telephone: (425) 882-8080
10
11                              *Attorneys for Intervenor Microsoft Corp.*
```

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2009.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

BROOKSKUSHMAN P.C.

By /s/ Marc Lorelli
MARK A. CANTOR (MI Bar P32661) *Pro Hac Vice*
JOHN S. LeROY (MI Bar P61964) *Pro Hac Vice*
MARC LORELLI (MI Bar P63156) *Pro Hac Vice*
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
mcantor@brookskushman.com
jleroy@brookskushman.com
mlorelli@brookskushman.com

*Attorneys for Plaintiff Ancora Technologies, Inc. and Third Party Defendant Miki Mullor*