THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., | Case No. 2:09-cv-00270-MJP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., DELL INC., HEWLETT-PACKARD COMPANY, | Noted: November 12, 2009 |
| Defendants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor and Third Party Plaintiff, | |
| v. | |
| MIKI MULLOR, | |
| Third Party Defendant. | |

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## STIPULATION OF DISMISSAL

Plaintiff Ancora Technologies, Inc., Defendants Toshiba America Information Systems, Inc., Dell Inc., and Hewlett-Packard Company, Intervenor Microsoft Corporation, and Third Party Defendant Miki Mullor (the "Parties") hereby stipulate to the dismissal, with prejudice, of all pending claims and counterclaims asserted in this action. The Parties agree that each party shall bear its own costs, expenses and attorney's fees.

SO STIPULATED AND AGREED:

DATED: 11/12/09        DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Christopher T. Wion
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher T. Wion, WSBA #33207

PERKINS COIE BROWN & BAIN P.A.
    Chad S. Campbell (*Admitted pro hac vice*)
    cscampbell@perkinscoie.com
    2901 North Central Avenue, Suite 2000
    Phoenix, AZ 85012-2788
    Telephone: 602.351.8000
    Facsimile: 602.648.7000

*Attorneys for Intervenor Microsoft Corporation and Defendants Toshiba America Information Systems, Inc., Dell Inc., and Hewlett-Packard Company*

    Stacy Quan, WSBA #21119
    T. Andrew Culbert, WSBA #35925
    Microsoft Corporation
    One Microsoft Way
    Redmond, WA 98052-6399
    Stacy.Quan@microsoft.com
    Andycu@microsoft.com
    Telephone: (425) 882-8080

*Attorneys for Intervenor and Third Party Plaintiff Microsoft Corporation*

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

DATED: 11/12/09                    BROOKS KUSHMAN P.C.

                                   By __/s/_____
                                       Mark A. Cantor (*admitted Pro Hac Vice*)
                                       John S. LeRoy (*admitted Pro Hac Vice*)
                                       Marc Lorelli (*admitted Pro Hac Vice*)
                                       1000 Town Center, Twenty-Second Floor
                                       Southfield, Michigan 48075
                                       Telephone: (248) 358-4400
                                       Facsimile: (248) 358-3351

                                   SUSMAN GODFREY LLP
                                       Drew D. Hansen, WSBA #30467
                                       Floyd G. Short, WSBA #21632
                                       Dan Walker, WSBA #38876
                                       1201 Third Avenue, Suite 3800
                                       Seattle, WA 98101-3000
                                       Telephone: 206.516.3880
                                       Facsimile: 206.516.3883

                                   *Attorneys for Plaintiff Ancora Technologies, Inc. and Third Party Defendant Miki Mullor*

## [PROPOSED] ORDER OF DISMISSAL

The Court has reviewed the Parties' Stipulation and [Proposed] Order of Dismissal and finds good cause therefor.

IT IS HEREBY ORDERED that the parties' Stipulation of Dismissal is approved and all pending claims and counterclaims asserted in this action are DISMISSED, WITH PREJUDICE. Each party shall bear its own costs, expenses and attorney's fees.

**SO ORDERED.**

DATED: _____, 2009

                                   _____
                                   HONORABLE MARSHA J. PECHMAN
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By   /s/ Christopher T. Wion
Arthur W. Harrigan, Jr., WSBA #1751
Christopher T. Wion, WSBA #33207

PERKINS COIE BROWN & BAIN P.A.
Chad S. Campbell (*Admitted pro hac vice*)
cscampbell@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Attorneys for Intervenor and Third Party Plaintiff*
 *Microsoft Corporation and Defendants*
*Toshiba America Information Systems, Inc., Dell Inc.,*
*and Hewlett-Packard Company*


Stacy Quan, WSBA #21119
T. Andrew Culbert, WSBA #35925
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
Stacy.Quan@microsoft.com
Andycu@microsoft.com
Telephone: (425) 882-8080

*Attorneys for Intervenor and Third Party Plaintiff*
*Microsoft Corporation*

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700    FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I, LINDA BLEDSOE, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of November, 2009, I caused the preceding document to be served on counsel of record by ECF delivery through the CM/ECF System.

| | |
|---|---|
| SUSMAN GODFREY LLP | BROOKS KUSHMAN P.C. |
| Drew D. Hansen | Mark A. Cantor (*admitted Pro Hac Vice*) |
| Floyd G. Short | John S. LeRoy (*admitted Pro Hac Vice*) |
| Dan Walker | Marc Lorelli (*admitted Pro Hac Vice*) |
| 1201 Third Avenue, Suite 3800 | 1000 Town Center, Twenty-Second Floor |
| Seattle, WA 98101-3000 | Southfield, Michigan 48075 |
| Telephone: 206.516.3880 | Telephone: (248) 358-4400 |
| Facsimile: 206.516.3883 | Facsimile: (248) 358-3351 |
| *Attorneys for Plaintiff Ancora Technologies, Inc. and Miki Mullor* | *Attorneys for Plaintiff Ancora Technologies, Inc. and Miki Mullor* |

/s/ Linda Bledsoe
LINDA BLEDSOE

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717