THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

ANCORA TECHNOLOGIES, INC.,

                Plaintiff,

    v.

TOSHIBA AMERICA INFORMATION
SYSTEMS, INC., DELL INC., HEWLETT-
PACKARD COMPANY,

                Defendants,

    and

MICROSOFT CORPORATION,

                Intervenor and Third
                Party Plaintiff,

    v.

MIKI MULLOR,

                Third Party Defendant.

Case No. 2:09-cv-00270-MJP

**STIPULATION AND ORDER OF DISMISSAL**

**Noted:  November 12, 2009**

STIPULATION AND
ORDER OF DISMISSAL

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999  THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**STIPULATION OF DISMISSAL**

Plaintiff Ancora Technologies, Inc., Defendants Toshiba America Information Systems, Inc., Dell Inc., and Hewlett-Packard Company, Intervenor Microsoft Corporation, and Third Party Defendant Miki Mullor (the "Parties") hereby stipulate to the dismissal, with prejudice, of all pending claims and counterclaims asserted in this action.  The Parties agree that each party shall bear its own costs, expenses and attorney's fees.

SO STIPULATED AND AGREED:

DATED:  11/12/09                    DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By  /s/ Christopher T. Wion
        Arthur W. Harrigan, Jr., WSBA #1751
        Christopher T. Wion, WSBA #33207

PERKINS COIE BROWN & BAIN P.A.
        Chad S. Campbell (*Admitted pro hac vice*)
        cscampbell@perkinscoie.com
        2901 North Central Avenue, Suite 2000
        Phoenix, AZ  85012-2788
        Telephone:  602.351.8000
        Facsimile:  602.648.7000

*Attorneys for Intervenor Microsoft Corporation and
Defendants Toshiba America Information Systems, Inc.,
Dell Inc., and Hewlett-Packard Company*

        Stacy Quan, WSBA #21119
        T. Andrew Culbert, WSBA #35925
        Microsoft Corporation
        One Microsoft Way
        Redmond, WA 98052-6399
        Stacy.Quan@microsoft.com
        Andycu@microsoft.com
        Telephone: (425) 882-8080

*Attorneys for Intervenor and Third Party Plaintiff
Microsoft Corporation*

STIPULATION AND
ORDER OF DISMISSAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999  THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED:  11/12/09                    BROOKS KUSHMAN P.C.


By  /s/
        Mark A. Cantor (*admitted Pro Hac Vice*)
        John S. LeRoy (*admitted Pro Hac Vice*)
        Marc Lorelli (*admitted Pro Hac Vice*)
        1000 Town Center, Twenty-Second Floor
        Southfield, Michigan 48075
        Telephone:  (248) 358-4400
        Facsimile:  (248) 358-3351

SUSMAN GODFREY LLP
        Drew D. Hansen, WSBA #30467
        Floyd G. Short, WSBA #21632
        Dan Walker, WSBA #38876
        1201 Third Avenue, Suite 3800
        Seattle, WA 98101-3000
        Telephone:  206.516.3880
        Facsimile: 206.516.3883

        *Attorneys for Plaintiff Ancora Technologies, Inc. and*
        *Third Party Defendant Miki Mullor*


## ORDER OF DISMISSAL

The Court has reviewed the Parties' Stipulation and [Proposed] Order of Dismissal and finds good cause therefor.

IT IS HEREBY ORDERED that the parties' Stipulation of Dismissal is approved and all pending claims and counterclaims asserted in this action are DISMISSED, WITH PREJUDICE.  Each party shall bear its own costs, expenses and attorney's fees.

**SO ORDERED.**

DATED:  November 16, 2009


Marsha J. Pechman
United States District Judge

STIPULATION AND
ORDER OF DISMISSAL - 2

1

2

3   Presented by:

4   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

5

6   By __/s/ Christopher T. Wion_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher T. Wion, WSBA #33207

7

8   PERKINS COIE BROWN & BAIN P.A.
    Chad S. Campbell (*Admitted pro hac vice*)

9   cscampbell@perkinscoie.com
    2901 North Central Avenue, Suite 2000

10  Phoenix, AZ  85012-2788
    Telephone:  602.351.8000

11  Facsimile:  602.648.7000

12  *Attorneys for Intervenor and Third Party Plaintiff*
    *Microsoft Corporation and Defendants*

13  *Toshiba America Information Systems, Inc., Dell Inc.,*
    *and Hewlett-Packard Company*

14

15  Stacy Quan, WSBA #21119
    T. Andrew Culbert, WSBA #35925

16  Microsoft Corporation
    One Microsoft Way

17  Redmond, WA 98052-6399
    Stacy.Quan@microsoft.com

18  Andycu@microsoft.com
    Telephone: (425) 882-8080

19

20  *Attorneys for Intervenor and Third Party Plaintiff*
    *Microsoft Corporation*

21

22

23

24

25

STIPULATION AND
ORDER OF DISMISSAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999  THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

## CERTIFICATE OF SERVICE

2       I, LINDA BLEDSOE, swear under penalty of perjury under the laws of the State of

3   Washington to the following:

4       1.     I am over the age of 21 and not a party to this action.

5       2.     On the 12th day of November, 2009, I caused the preceding document to be

6   served on counsel of record by ECF delivery through the CM/ECF System.

7

8   SUSMAN GODFREY LLP             BROOKS KUSHMAN P.C.
Drew D. Hansen                    Mark A. Cantor (*admitted Pro Hac Vice)*

Floyd G. Short                      John S. LeRoy (*admitted Pro Hac Vice)*

9   Dan Walker                        Marc Lorelli (*admitted Pro Hac Vice)*
1201 Third Avenue, Suite 3800       1000 Town Center, Twenty-Second Floor

10   Seattle, WA 98101-3000             Southfield, Michigan 48075
Telephone: 206.516.3880           Telephone: (248) 358-4400

11   Facsimile: 206.516.3883            Facsimile: (248) 358-3351
*Attorneys for Plaintiff Ancora Technologies,*    *Attorneys for Plaintiff Ancora Technologies,*

12   *Inc. and Miki Mullor*                *Inc. and Miki Mullor*

13

                            /s/  Linda Bledsoe_____

14                               LINDA BLEDSOE

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND
ORDER OF DISMISSAL - 4